# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PARADISE HILLS, L.L.C.,       :   No. 181 WAL 2016

           Petitioner       :

        :   Petition for Allowance of Appeal from

        :   the Order of the Commonwealth Court

           v.             :

SUNOCO PIPELINE, L.P.,      :

           Respondent      :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of September, 2016, the Petition for Allowance of Appeal is **DENIED**.